# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ANTHONY RIVERA<br><br>DOB:              PDID: | DOCKET NO: 06-004-0?     MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>JAN 1 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**CONSPIRACY;**

**BANK FRAUD;**

**MAIL FRAUD;**

**MONEY LAUNDERING;**

**CAUSING AN ACT BE DONE; AIDING AND ABETTING;**

**FIRST DEGREE FRAUD;**

**CRIMINAL FORFEITURE.**

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. § 371; 18 U.S.C. § 1344; 18 U.S.C. § 1341; 18 U.S.C § 1957, 18 U.S.C. § 2; D.C. Code §§ 22-3211; 18 U.S.C. § 982(a)(2)(A) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED:<br>JAN 06 2006 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE:<br>JAN 06 2006 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 1-6-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>USMS | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod | |
|---|---|---|---|
| DATE EXECUTED 1-10-06 | | | |
| HIDTA CASE:  Yes  No | | OCDETF CASE:  Yes  No | |