# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-004 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT L. HALL, JR.,** | : | |
| **ANTHONY RIVERA, &** | : | |
| **THOMAS ALSTON,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Steven J. Durham, Assistant U. S. Attorney. This is a notice that Special Assistant United States Attorney Jordan A. Thomas, Bar Number 452886, telephone number (202) 551-4475, is entering appearance as co-counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

Jordan A. Thomas
Special Assistant United States Attorney
Bar No. 452886
555 Fourth Street, N.W., Room 5253
Washington, DC 20530
202-551-4475 / 202-514-8316

## <u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing was served by ECF filing upon counsel of record Brian McDaniel, Esq., Attorney at Law, 1211 Connecticut Avenue, N.W., Suite 506, Washington, D.C., 20036 this 31st day of January, 2006.


_____
SPECIAL ASSISTANT UNITED STATES ATTORNEY