# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Criminal No. 06-004-02 (HHK)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANTHONY RIVERA,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

## JOINT PROPOSED JURY VERDICT FORM

The parties hereby submit the following proposed jury verdict form.

**COUNT 1 (CONSPIRACY):**

As to count 1 of the grand jury indictment, charging defendant Anthony Rivera with conspiracy, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                         _____NOT GUILTY

**COUNT 2 (BANK FRAUD):**

As to count 2 of the grand jury indictment, charging defendant Anthony Rivera with bank fraud, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                         _____NOT GUILTY

**COUNT 3 (BANK FRAUD):**

As to count 3 of the grand jury indictment, charging defendant Anthony Rivera with bank fraud, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                         _____NOT GUILTY

**COUNT 4 (MAIL FRAUD):**

As to count 4 of the grand jury indictment, charging defendant Anthony Rivera with mail fraud, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                         _____NOT GUILTY

**COUNT 5 (MAIL FRAUD):**

As to count 5 of the grand jury indictment, charging defendant Anthony Rivera with mail fraud, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                         _____NOT GUILTY

## COUNT 6 (MAIL FRAUD):

As to count 6 of the grand jury indictment, charging defendant Anthony Rivera with mail fraud, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                    _____NOT GUILTY

## COUNT 7 (MONEY LAUNDERING):

As to count 7 of the grand jury indictment, charging defendant Anthony Rivera with money laundering, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                    _____NOT GUILTY

## COUNT 8 (MONEY LAUNDERING):

As to count 8 of the grand jury indictment, charging defendant Anthony Rivera with money laundering, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                    _____NOT GUILTY

## COUNT 9 (MONEY LAUNDERING):

As to count 9 of the grand jury indictment, charging defendant Anthony Rivera with money laundering, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                    _____NOT GUILTY

## COUNT 10 (FIRST DEGREE FRAUD):

As to count 10 of the grand jury indictment, charging defendant Anthony Rivera with fraud

in the first degree, we, the members of the jury, do hereby find the defendant Anthony Rivera:

_____GUILTY                    _____NOT GUILTY


_____

FOREPERSON/JUROR NO.


_____

DATE

4