UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States

vs.

Anthony Rivera
Thomas Alston

Civil/Criminal No. 06-004

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

Juror 11

Came into contact with Two former Clerks for Judge Kennedy. Nothing was discussed regarding this case. Just need to know if this creates a problem?

Date: 10/23/06

Time: 9:53 am

FOREPERSON

CO-109A

#3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States

vs.

Anthony Rivera
Thomas Alston

Civil/Criminal No. 06-004

## NOTE FROM JURY

We've reached a decision on Mr. Alston. However, not for Mr. Rivera.

Date: 10/23/06

Time: 11:00 am

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States
vs.
Anthony Rivera
Thomas Alston.

Civil/Criminal No. 06-004

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

The jury cannot reach a decision on the first count.

Date: 10/23/06

Time: 1:38 pm

FOREPERSON

CO-109A

*Respond to Note #4*

10/23/2006

**FILED**

OCT 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Members of the Jury,

You indicate that "[t]he jury cannot reach a decision on the first count." Please indicate whether the jury has reached a unanimous verdict on any of the other counts with which Mr. Rivera is charged and, if so, whether the jury would like to render its verdict with respect to any count on which it has reached such a verdict.

Judge Kennedy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States

vs.

Anthony Rivera
Thomas Alston.

Civil/Criminal No. 06-004

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

The jury has not reached a decision on any of the counts against Mr. Rivera.

Date: 10-23-06

Time: 3:04 pm

FOREPERSON

Jury member

CO-109A

*Response to Note #5.*

10/23/2006

Members of the Jury,

Please continue with your deliberations.

**FILED**

OCT 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge Kennedy

#6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States
vs.
Anthony Rivera

Civil/Criminal No. 06004

**FILED**

OCT 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

The Jurors would like to request the transcript for Mr. Rivera's testimony.

Date: 10/23/06

Time: 4:00 pm

FOREPERSON  JUROR

CO-109A

Response to Jury Note #6

Members of the Jury,    10/23/06

You will not be provided a transcript of Mr. Rivera's testimony. You must rely on your recollection of the evidence.

Henry Kennedy, Jr.

**FILED**

OCT 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT