#8.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States
vs.
Anthony Rivera
Thomas Alston

Civil/Criminal No. 06-004

**FILED**

OCT 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

Jurors have not reached a unanimous decision on any counts. Decision has not changed since yesterday.

Date: 10/25/06

Time: 3:38

FOREPERSON

CO-109A