## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

vs.

Anthony Rivera

**FILED**

DEC 12 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

We will reconvene Monday at 9:30A after adjourning today at 5p.

We have posted notes and outlines from our deliberations around the room. Do we need to take these down before the Clerk comes to remove the exhibits?

_____
Foreperson

Date: 12 Dec. 2006