## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

vs.

Anthony Rivera

**FILED**

DEC 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

> One member of our jury is not here as scheduled to begin at 9:30. His first name is Leon. Has he called in or should you contact him.
> Also, all of the exhibits are not in the jury room. Thanks.

10:00 a.m. arrived
Marlene Taylor

Foreperson

Date: 15 Dec. 2007

## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

    vs.

Anthony Rivera

**FILED**

DEC 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

Could we look at the transcript of Rivera's testimony that was shown to him in this trial?

Are the phone records for Mr. Rivera's cell phone presented by the Government and those presented by the Defense in evidence? If so, could we see them?

---

Foreperson

Date: 15 Dec, 2006