**JURY NOTE**

**FILED**

DEC 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1-06-cr-0004

Case Caption:

United States of America

    vs.

Anthony Rivera

Two exhibits were put in the jury room this morning that we had not had or seen before. We do not believe they were admitted into evidence. * We looked at them to identify them and then returned them to the clerk.

* Not all the members of the jury were in the room at the time, as we had not begun deliberating.

Thank you.

James McBurlin

Foreperson

Date: 18 Dec. 2006