## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

    vs.

Anthony Rivera

FILED

DEC 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

> Could the offense of bank fraud be committed without knowledge of the bank's name or identity?

> Yes.

> James Robertson
> U.S. District Judge

Foreperson

Date: _19 December 2006._

**JURY NOTE**

**FILED**

Case No. 1-06-cr-0004

DEC 19 2006

Case Caption:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America

    vs.

Anthony Rivera

The jury would like to know the effects of returning a partial verdict — that is, how would this affect what happens next?

Sorry, I do not know the answer to this question.

Regy,
_[signature]_

Foreperson

Date: 19 December 2006

**JURY NOTE**

# FILED

Case No. 1-06-cr-0004

DEC 19 2006

Case Caption:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America

    vs.

Anthony Rivera

The jury is deadlocked on all but one count.

The jury will adjourn today at 5⁰⁰ and reconvene tomorrow at 9³⁰.

Foreperson

Date: 19 December 2006