FILED

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

    vs.

Anthony Rivera

> The jury is deadlocked on all 10 counts. We do not believe it is possible to reach a unanimous decision on any of the 10 counts.

_____
Foreperson

Date: 20 December 2006

## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

vs.

Anthony Rivera

**FILED**

DEC 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You do not have to reach a unanimous verdict on all of the charges before returning a verdict on some of them. If you have reached a unanimous agreement on one or more of the charges, you may return a verdict on that charge or those charges. Do you wish to return a partial verdict this afternoon?

Respectfully,

James Robertson

Foreperson _____

Date: _____

**JURY NOTE**

**FILED**

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 1-06-cr-0004

Case Caption:

United States of America

    vs.

Anthony Rivera

Please do not adjourn today before I send further word.

*James Robertson*

Foreperson _____

Date: _____

**FILED**

DEC 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JURY NOTE

Case No. 1-06-cr-0004

Case Caption:

United States of America

vs.

Anthony Rivera

Please give us instructions about when to take lunch, that is should we go at 12 or wait to hear from you?

Please go to lunch. I will need to consult with counsel. We will convene after lunch.

Regn,

Tauun Rebenten

_____
Foreperson

Date: 20 December 2006

FILED

DEC 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHAMBERS OF
JAMES ROBERTSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, DC 20001

Members of the Jury:

1. The transcript of Rivera's testimony was not offered in evidence after portions of it were read to you, so you will have to rely on your recollection of it.

2. No phone records are not in evidence.

Respectfully,

James Robertson