UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| | : Criminal No. 06-004-02 (JR) |
| | : |
| **ANTHONY RIVERA,** | : |
| | : |
| **Defendant** | : |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby moves pursuant to Fed. R. Crim. P. 48(a) to dismiss without prejudice the charges in the grand jury indictment in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR # 498610

By: _____
STEVEN J. DURHAM
JORDAN A. THOMAS [Bar #452886]
ASSISTANT UNITED STATES ATTORNEYS
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-8316