UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : |
| | : Criminal No. 06-004-02 (JR) |
| **ANTHONY RIVERA,** | : |
| Defendant | : |

**ORDER**

After having considered the Government's Motion to Dismiss the charges in the indictment against defendant Anthony Rivera, it is hereby ORDERED that the government's motion is GRANTED and that Counts 1 through 10 of the Indictment against Anthony Rivera are hereby dismissed without prejudice and defendant is discharged from any further obligations to the Court.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

_____
DATE

cc: Steven J. Durham
    Assistant U.S. Attorney

    Tom Abberante, Esq.
    (attorney for defendant Rivera)