FILED
FEB 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : Criminal No. 06-004-02 (JR) |
| ANTHONY RIVERA, | : |
| Defendant | : |

ORDER

After having considered the Government's Motion to Dismiss the charges in the indictment against defendant Anthony Rivera, it is hereby ORDERED that the government's motion is GRANTED and that Counts 1 through 10 of the Indictment against Anthony Rivera are hereby dismissed without prejudice and defendant is discharged from any further obligations to the Court.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

2/15/07
_____
DATE

cc: Steven J. Durham
    Assistant U.S. Attorney

    Tom Abberante, Esq.
    (attorney for defendant Rivera)